IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUCY GOMEZ,<br><br>  Plaintiff,<br><br>vs.<br><br>ESURANCE PROPERTY AND<br>CASUALTY INSURANCE<br>COMPANY, t/d/b/a Esurance,<br>an ALLSTATE COMPANY, and<br>ESURANCE INSURANCE<br>SERVICES, INC.,<br><br>  Defendant. | Civil Action No.: 2:22-cv-1707<br><br>**NOTICE OF REMOVAL**<br><br>Filed on Behalf of Defendant<br><br>Counsel of Record for<br>This Party:<br><br>Joseph A. Hudock, Jr.<br>PA I.D. #66064<br>jhudock@summersmcdonnell.com<br><br>SUMMERS, McDONNELL,<br>HUDOCK, GUTHRIE & RAUCH, P.C.<br>Firm #911<br><br>The Gulf Tower, Suite 2400<br>707 Grant Street<br>Pittsburgh, PA 15219<br><br>(412) 261-3232 |

25719

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

LUCY GOMEZ,                                          Civil Action No.:

      Plaintiff,

v.

ESURANCE PROPERTY AND
CASUALTY INSURANCE COMPANY,
t/d/b/a Esurance, an ALLSTATE
COMPANY, and ESURANCE
INSURANCE SERVICES, INC.,

      Defendant.

## NOTICE OF REMOVAL

AND NOW, comes the Defendant, Esurance Property and Casualty Insurance Company, t/d/b/a Esurance, an Allstate Company, and Esurance Insurance Services, Inc., by and through its attorneys, Summers, McDonnell, Hudock, Guthrie & Rauch, P.C., and Joseph A. Hudock, Jr., and files this Notice of Removal of Civil Action from the Court of Common Pleas of Allegheny County, Pennsylvania, and in support thereof aver as follows:

1. On or about November 1, 2022, the plaintiff, Lucy Gomez (hereinafter "plaintiff"), commenced this action in the Court of Common Pleas of Allegheny County, Pennsylvania by filing a Complaint against Esurance Property and Casualty Insurance Company, t/d/b/a Esurance, an Allstate Company, and Esurance Insurance Services, Inc. (hereinafter "defendant") at Docket Number GD 22-013491. (A true and correct copy of the Complaint is attached hereto as Defendant's Exhibit "A".)

2. The concise statement of the facts which entitles Defendant to remove this action filed in the Court of Common Pleas of Allegheny County, Pennsylvania are:

    (a) Plaintiff was a citizen of Pennsylvania at the time of the initiation of this action and, upon information and belief, continues to maintain citizenship in Pennsylvania;

    (b) Defendant is a corporation that is organized and incorporated under the

laws of the State of California, with its principal place of business in San Francisco, California. Defendant was a citizen of California at the time of the initiation of this action and continues to maintain citizenship in California;

(c) it is Defendant's good faith belief that the amount in controversy exceeds $75,000.00 exclusive of interest and costs; and

(d) this Court has original jurisdiction of the above-titled action pursuant to 28 U.S.C. §1332 and the action may therefore be removed to this court pursuant to 28 U.S.C. §1441(a).

3. This Notice of Removal is filed within 30 days of receipt of plaintiff's Complaint and is, therefore, timely filed under 28 U.S.C. 1446(b).

4. Insofar as there are claims where complete diversity is involved wherein the matter in controversy exceeds the statutorily set limit of $75,000.00 and this Notice of Removal was timely filed, Defendant respectfully requests that this Honorable Court remove the civil action of Plaintiff to the Federal District Court for the Western District of Pennsylvania.

WHEREFORE, Defendant, Esurance Property and Casualty Insurance Company, t/d/b/a Esurance, an Allstate Company, and Esurance Insurance Services, Inc., respectfully requests that this action be removed from the Court of Common Pleas of Allegheny County, Pennsylvania, to this Honorable Court.

**JURY TRIAL DEMANDED**

Respectfully submitted,

SUMMERS, MCDONNELL, HUDOCK, GUTHRIE & RAUCH, P.C.

By:   /s/ Joseph A. Hudock, Jr.
Joseph A. Hudock, Jr.
Pa. ID 66064
707 Grant Street, 24th Floor
Pittsburgh, PA 15219
(412) 261-3232
jhudock@summersmcdonnell.com
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUCY GOMEZ, | Civil Action No.: |
| Plaintiff, | 2:22-cv-1707 |
| v. | |
| ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY, t/d/b/a Esurance, an ALLSTATE COMPANY, and ESURANCE INSURANCE SERVICES, INC., | |
| Defendant. | |

## CERTIFICATE

I HEREBY CERTIFY that a Notice of Filing of the **Notice of Removal**, together with a true and correct copy of the **Notice** itself, was electronically filed with the Office of the Department of Court Records – Civil Division of the Court of Common Pleas of Allegheny County, Pennsylvania on the 1st day of December, 2022 and that a true and correct copy of said Notice was duly served on all counsel of record via first-class mail, postage pre-paid to the following:

jp.karoly@karolyfirm.com
John P. Karoly, III, Esquire
Karoly Law Firm, LLC
527 Hamilton Street
Allentown, PA 18101

**SUMMERS, MCDONNELL, HUDOCK, GUTHRIE & RAUCH, P.C.**

By:   /s/ Joseph A. Hudock, Jr.
Joseph A. Hudock, Jr.
Pa. ID 66064
707 Grant Street, 24th Floor
Pittsburgh, PA 15219
(412) 261-3232
jhudock@summersmcdonnell.com
Counsel for Defendant